# United States District Court
### Eastern District of Michigan

United States of America        **ORDER OF DETENTION PENDING TRIAL**

  v.

KHALIF KARRIEM

fka Willim Cargile, aka William Lee      Case Number: 06-20163

      Defendant

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

(1) I find that:
- ✓ there is probable cause to believe that the defendant has committed an offense
- ✓ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(a)(1);
- ❏ under 18 U.S.C. § 924(c).

(2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

✓ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

❏ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):

- ✓ (a) nature of the offense–Indictment was returned charging def with felon in possession of firearm after three felony convictions. Also, charged with distribution of heroin–all on February 21, 2006.
- ✓ (b) weight of the evidence–Government put on no testimony regarding the offense or weight of the evidence
- ✓ (c) history and characteristics of the defendant
    - ✓ 1) physical and mental condition–Has stomach cancer, is being treated thru the Marshals service and jail
    - ✓ 2) employment, financial, family ties–Strong family ties, members present in court, not employed, owns properties as landlord.
    - ✓ 3) criminal history and record of appearance–Lengthy criminal record for violence, assault, kidnaping, and drugs. Was on probation and on absconder status at time of the alleged offense.
- ✓ (d) probation, parole or bond at time of the alleged offense–Was on probation at time of offense.
- ✓ (e) danger to another person or community–Strong indication of continued drug sales, but not to level of clear and convincing evidence.

PER DEFENSE ATTORNEY–DEFENDANT WAS SHOT IN THE HEAD BY OFFICERS AT THE TIME OF ARREST. . . GOVERNMENT CLAIMS TO BASE MOTION ON CHARGES AND PROBATIONARY STATUS, NOT ON CIRCUMSTANCES OF ARREST.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                 s/Virginia M. Morgan

*Date* April 5, 2006                        *Signature of Judge*

                           Virginia M. Morgan, United States Magistrate Judge

                                 *Name and Title of Judge*