UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    CASE NO. 06-20163

v.                                PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

KHALIF KARRIEM,

      Defendant,
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED PURSUANT TO A SEARCH WARRANT EXECUTION AT THE PREMISES: 18988 PREST, DETROIT, MI

On August 1, 2006 this Court held a hearing on Defendant's Motion to Suppress evidence seized pursuant to a search warrant execution at the premises: 18988 Prest, Detroit, MI.

After reading the pleadings and hearing oral argument, the Court concludes that the search warrant was properly issued under Fourth Amendment standards, for the reasons stated from the bench.

Accordingly, Defendant's Motion to Suppress Evidence is DENIED.

SO ORDERED.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  August 2, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 2, 2006.

                                            s/Denise Goodine
                                            Case Manager